**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Federal Deposit Insurance Corporation as Receiver
for Broadway Bank

                                                    Plaintiff,

v.                                                                 Case No.:
                                                                 1:12–cv–01665
                                                                 Honorable John F.
                                                                 Grady

Demetris Giannoulias, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2012:

      to dismiss. Mailed notice(cdh, )MINUTE entry before Honorable John F. Grady: The parties' joint agreed motion for entry of an order setting a briefing schedule and rescheduling the status hearing [20] is granted. Defendants may file motions to dismiss the Amended Complaint by June 20, 2012; the FDIC may respond by July 11, 2012; and defendants may reply by July 27, 2012. The June 6, 2012 status hearing is stricken. The court will set a status hearing, if necessary, when it issues a ruling on the motions

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.