IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Broadway Bank, <br><br> Plaintiff, <br><br> v. <br><br> DEMETRIS GIANNOULIAS, GEORGE GIANNOULIAS, JAMES MCMAHON, SEAN CONLON, STEVEN DRY, DONNA ZAGORSKI, STEVEN BALOURDOS, GLORIA SGUROS and ANTHONY D'COSTA, <br><br> Defendants. | ) Case No. 12-cv-1665 <br> ) <br> ) JURY DEMANDED <br> ) <br> ) Judge William Grady |

## DEFENDANT GLORIA SGUROS'
## MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedures 8 and 12(b)(6), defendant Gloria Sguros respectfully moves to dismiss the FDIC's Complaint for failure to state a claim. The grounds supporting this motion are set forth below and in part in the two memoranda of law filed on behalf of all other defendants as applicable.

1. The FDIC, as receiver for Broadway Bank, purports to allege claims for gross negligence (Count I) breach of fiduciary duty (Count II) and negligence (Count III) against former officer Sguros, as well as against Broadway Bank's other former directors and officers.

2. None of the FDIC's claims against Sguros is pled sufficiently to overcome the business judgment rule.

3. The gross negligence claim should be dismissed because the allegations of the Complaint fail to support a plausible inference that Sguros' conduct as an officer was an extreme departure from due care.

4. Neither the common law negligence nor breach of fiduciary duty claim supports a plausible inference of actionable conduct.

5. The negligence and breach of fiduciary duty claims are also duplicative and Count II should be dismissed for that independent reason.

6. The FDIC assumed control over Broadway Bank and all of its books and records when it became Receiver upon the closing of the Bank in April 2010. Nonetheless, the FDIC is unable to plead sufficient facts that set forth a plausible inference of liability against Sguros pursuant to *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). Accordingly, Sguros respectfully requests that the Complaint be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, defendant Gloria Sguros respectfully requests that the Court dismiss the FDIC's Complaint with prejudice.

Dated: June 20, 2012

Respectfully submitted,

/s/ [signature]

Allen H. Shapiro

1247 Waukegan Road,

Suite 100

Glenview, Illinois 60025

847 729 4440