IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BROADWAY BANK,<br><br>    Plaintiff,<br><br>v.<br><br>DEMETRIS GIANNOULIAS, GEORGE GIANNOULIAS, JAMES MCMAHON, SEAN CONLON, STEVEN DRY, DONNA ZAGORSKI, STEVEN BALOURDOS, GLORIA SGUROS, ANTHONY D'COSTA,<br><br>    Defendants. | No. 12-cv-1665<br><br>JURY DEMANDED<br><br>Judge John F. Grady |

## CERTAIN DEFENDANTS' MOTION TO DISMISS/STRIKE THE FDIC'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Defendants Demetris Giannoulias, George Giannoulias, Sean Conlon, Steven Dry, Donna Zagorski, Steven Balourdos, and Anthony D'Costa (collectively, the "Defendants") move to dismiss/strike the First Amended Complaint ("Complaint") of Plaintiff Federal Deposit Insurance Corporation ("FDIC") and submit contemporaneously herewith their supporting Memorandum of Law setting forth the specific grounds for the relief which they seek.

WHEREFORE, the Defendants respectfully request that this Court:

A.    Grant their Motion to Dismiss/Strike the FDIC's Complaint;

B.    Enter an Order dismissing the FDIC's Complaint with prejudice; and

C. Award them any further relief which is appropriate and just.

Dated: June 20, 2012

Respectfully submitted,

DEFENDANTS DEMETRIS GIANNOULIAS, GEORGE GIANNOULIAS, SEAN CONLON, STEVEN DRY, DONNA ZAGORSKI, STEVEN BALOURDOS and ANTHONY D'COSTA

By: s/ Rachel T. Copenhaver
One of Their Attorneys

Randall M. Lending
Rachel T. Copenhaver
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
T: (312) 609-7500
F: (312) 609-5005
rlending@vedderprice.com
rcopenhaver@vedderprice.com

CHICAGO/#2335973.1

## CERTIFICATE OF SERVICE

I, Rachel T. Copenhaver, an attorney, hereby certify that on June 20, 2012, I caused to be electronically filed the foregoing CERTAIN DEFENDANTS' MOTION TO DISMISS/STRIKE THE FDIC'S FIRST AMENDED COMPLAINT with the Clerk of the Court using the Court's Case Management/Electronic Case Files (CM/ECF) system, which will send notifications of such filing to the following counsel of record:

| | |
|---|---|
| Susan G. Feibus | sgfeibus@uhlaw.com |
| Dean J. Polales | djpolales@uhlaw.com |
| F. Thomas Hecht | fthecht@uhlaw.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Nancy A. Temple | ntemple@kattentemple.com |
| John M. George, Jr. | jgeorge@kattentemple.com |
| Allen H. Shapiro | skpahs@aol.com |

/s/ Rachel T. Copenhaver