UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BROADWAY BANK, </br></br>    Plaintiff, </br></br>    v. </br></br> DEMETRIS GIANNOULIAS, GEORGE GIANNOULIAS, JAMES MCMAHON, SEAN CONLON, STEVEN DRY, DONNA ZAGORSKI, STEVEN BALOURDOS, GLORIA SGUROS and ANTHONY D'COSTA, | Case No. 12 CV 1665 </br></br> Judge John F. Grady </br></br> Magistrate Judge Daniel Martin |

**NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on Wednesday July 24, 2013 at 11:00 a.m., we shall appear before the Honorable John F. Grady and present Plaintiff Federal Deposit Insurance Corporation, as Receiver for Broadway Bank's, Motion for Leave to Cite Additional Authority, a true and correct copy of which was previously served upon you.

Date:  July 18, 2013                                         Respectfully submitted,


                                                    /s/ Richard H. Tilghman IV
                                                    One of the Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Broadway Bank

F. Thomas Hecht
Susan G. Feibus
Dean J. Polales
Richard H. Tilghman IV
**UNGARETTI & HARRIS LLP**
70 W. Madison Street, Suite 3500
Chicago, IL 60602
312.977.4356

John Letteri
Counsel, Professional Liability Unit
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226
(703) 562-2361

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via electronic case filing procedures on July 18, 2013.

/s/ Richard H. Tilghman IV
Richard H. Tilghman IV