UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Federal Deposit Insurance Corporation as Receiver
for Broadway Bank

                Plaintiff,

v.

Demetris Giannoulias, et al.

                Defendant.

Case No.: 1:12–cv–01665
Honorable John F. Grady

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2013:

       e parties a further opportunity to work out their differences, as discussed in open court. Mailed notice(cdh, )MINUTE entry before Honorable John F. Grady: Hearing held on certain defendants' motion to compel certain interrogatory answers and production of certain documents by plaintiff [135]. The motion is granted in part and taken under advisement in part. The motion is granted as to defendants' request for more detailed calculations of the alleged loss on each of the 20 loans at issue and as to defendants' request for a supplemental response that specifies the gross income on, any expenses deducted from that income, and a net income on each of the loans. The FDIC shall serve its supplemental responses to Dry Interrogatories 11 and 12, and Zagorski Interrogatory 13, by December 4, 2013. Furthermore, the FDIC shall, by November 20, 2013, produce any documents that indicate the existence of communications between the FDIC and MB Financial concerning the value of the 20 loans at issue, or, in the alternative, file a memorandum demonstrating to the court that that information is privileged under federal law. In the event that the FDIC files such a memorandum, the defendants may respond by December 4, 2013, and the FDIC may reply by December 11, 2013. The motion is otherwise entered and continued to give th

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.