12-1665.141-RSK                                        Mar. 18, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., )<br>AS RECEIVER FOR BROADWAY BANK, )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>DEMETRIS GIANNOULIAS, GEORGE     )<br>GIANNOULIAS, JAMES MCMAHON, SEAN )<br>CONLON, STEVEN DRY, DONNA        )<br>ZAGORSKI, STEVEN BALOURDOS,      )<br>GLORIA SGUROS, ANTHONY D'COSTA,  )<br>                                 )<br>          Defendants.            ) | No. 12 C 1665 |

### ORDER

The parties recently completed briefing the FDIC-R's Supplemental Motion to Strike [154], which attacks the sufficiency the amended affirmative defenses that the defendants filed on November 27, 2013. In its supplemental motion, the FDIC-R incorporated its prior motion to strike [81] and related pleadings "as a renewed motion to strike." (See Supp. Mot. to Strike at 2.) The FDIC's R's original motion to strike [81] is denied as superseded by its supplemental/renewed motion [154]. We will address all the arguments that the parties have raised in their various pleadings in a single opinion, which we will issue in due course.

- 2 -

DATE:     March 18, 2014

ENTER:    _____
          John F. Grady, United States District Judge

- 2 -