# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Deposit Insurance Corporation as Receiver for Broadway Bank

                              Plaintiff,

v.                               Case No.: 1:12–cv–01665

                              Honorable John F. Grady

Demetris Giannoulias, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2014:

      MINUTE entry before the Honorable John F. Grady: The FDIC–R's motion to strike [154] is granted in part and denied in part. The defendants' "Reservations of Rights" are stricken. The defendants' Third, Fourth, and Fifth Affirmative Defenses are stricken without prejudice. The motion is denied as to the defendants' Sixth Affirmative Defense. By July 30, 2014, the defendants may amend their affirmative defenses to provide additional detail regarding the conduct they are challenging. A status hearing is set for July 16, 2014 at 11:00 a.m. Enter Memorandum Opinion. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.