# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Deposit Insurance Corporation as Receiver for Broadway Bank

                    Plaintiff,

v.

Demetris Giannoulias, et al.

                    Defendant.

Case No.: 1:12–cv–01665

Honorable John F. Grady

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 11/13/2014 at 9:30 a.m. Parties proceeding with discovery and expect to start depositions in late October. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.