IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BROADWAY BANK, <br><br> Plaintiff, <br><br> v. <br><br> DEMETRIS GIANNOULIAS, GEORGE GIANNOULIAS, JAMES MCMAHON, SEAN CONLON, STEVEN DRY, DONNA ZAGORSKI, STEVEN BALOURDOS, GLORIA SGUROS, ANTHONY D'COSTA, <br><br> Defendants. | No. 12-cv-1665 <br><br> JURY DEMANDED <br><br> Judge John F. Grady <br><br> Magistrate Judge Daniel G. Martin |

**NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD

   PLEASE TAKE NOTICE that on October 21, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Daniel G. Martin in Courtroom 1350 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present CERTAIN DEFENDANTS' MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO COMPEL SUBPOENA RESPONSES BY THIRD PARTY FDIC-C, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

Dated:  October 15, 2014

Respectfully submitted,

DEMETRIS GIANNOULIAS
and GEORGE GIANNOULIAS

By:_____*/s/ Eric Y. Choi*_____
One of Their Attorneys

William L. Charron, Esq.
Bryan T. Mohler, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
T: (212) 421-4100
F: (212) 326-0806
wcharron@pryorcashman.com
bmohler@pryorcashman.com

-and-

Eric Y. Choi, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago Illinois 60602
T: (312) 827-1053
F: (312) 980-0736
echoi@ngelaw.com

## CERTIFICATE OF SERVICE

I, Eric Y. Choi, an attorney, hereby certify that the foregoing NOTICE OF MOTION and CERTAIN DEFENDANTS' MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR RENEWED MOTION TO COMPEL CERTAIN INTERROGATORY ANSWERS were served upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system on October 15, 2014.

/s/ Eric Y. Choi