# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Deposit Insurance Corporation as Receiver for Broadway Bank

    Plaintiff,

v.

Demetris Giannoulias, et al.

    Defendant.

Case No.: 1:12–cv–01665

Honorable John F. Grady

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2014:

    MINUTE entry before the Honorable Daniel G. Martin:Certain Defendants' Motion for Leave to Cite Supplemental Authority in Support of Their Motion to Compel Subpoena Responses by Third Party FDIC–C [235] is granted. The FDIC–C may file a short brief addressing the Willetts Order by 10/21/2014. The FDIC–C's brief may not exceed two pages (double spaced). No appearance is required on the motion on 10/21/2014. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.